# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 11, 2008 |
| Court Reporter: Janet Coppock | Time: 24 minutes |
| Probation Officer: Robert Ford | Interpreter: n/a |

**CASE NO. 06-CR-00372-WDM**

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| Plaintiff, | |
| vs. | |
| **BRENT ALLEN SPRAGUE,** | Richard Stuckey |
| Defendant. | |

## SENTENCING

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Mackey in support of Government's Oral Motion for Downward Departure, Pursuant to 5K1.1.

Comments by Mr. Stuckey.

Comments by Mr. Ford.

Court states its findings and conclusions.

**ORDERED:** Government's Oral Motion for Downward Departure, Pursuant to 5K1.1 is **GRANTED.**

Mr. Stuckey addresses sentencing.

Comments by Mr. Mackey.

Defendant entered his plea on **October 2, 2007** to counts **Six and Seven of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

| | |
|---|---|
| **TOTAL OFFENSE LEVEL:** | 12 |
| **CRIMINAL HISTORY CATEGORY:** | II |

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

| | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | | |
| Counts 6 and 7 | 12 to 18 months | not recommended (pursuant to 5K1.1 motion) |
| **Supervised Release** | | |
| Counts 6 and 7 | 2 to 3 years (concurrent) | not recommended (pursuant to 5K1.1 motion) |

| **Probation** | | |
|---|---|---|
| Counts 6 and 7 | 1 to 5 years (concurrent) | 3 years (pursuant to 5K1.1 motion) |
| **Fine** | | |
| Counts 6 and 7 | $3,000 to $30,000 | not recommended |
| **Special Assessment** | $100 each count | $100 each count |

**Restitution**
Restitution is not an issued in this case.

**Community Service**
Community service is not recommended in this case.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be place on probation for a period of **3** years as to counts 6 and 7, to be served concurrently.

**ORDERED: Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Probation are that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

      (**X**)    Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

      (**X**)    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of probation are WAIVED.

**ORDERED:** Government's Motion to Dismiss Count 8 of the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:27 a.m.**    **COURT IN RECESS**

**Total in court time:**    24 minutes

**Hearing concluded**